| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Roberts, Jr., John G. | 2. Court or Organization Supreme Court of the U.S. | 3. Date of Report 05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief Justice | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address One First Street, NE Washington, DC 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Roberts Jr., John G.

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 3/12-14/09 | University of Idaho College of Law, Boise and Pullman, Idaho -- teaching stipend | $11,500.00 |
| 2. | | |
| 3. 7/13-23/09 | New England School of Law, Summer Program, Galway, Ireland -- teaching stipend | $15,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Major, Lindsey & Africa, LLC -- Attorney Search Consultants -- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Arizona College of Law | 2/2-4/09 | Tucson, Arizona | Visited University students and high school government class; | Air transportation, meals, and lodging |
| 2. | | | | met with Federal judges; delivered the third William H. Rehnquist Center Lecture | |
| 3. | University of Idaho | 3/12-14/09 | Boise and Pullman, Idaho | Delivered the Bellwood Lecture; met with Federal judges; | Air transportation, meals, and lodging |
| 4. | | | | "Conversation with the | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2010 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Chief Justice" presentation to the law school community; | |
| 5. | | | | attended College of Law Centennial events | |
| 6. | North Carolina Central University | 4/13-15/09 | Durham, North Carolina | Judged moot court; attended admissions ceremony for 130 | Air transportation, meals, and lodging |
| 7. | University of Louisville | 4/17-18/09 | Louisville, Kentucky | "Conversation with the Chief Justice" presentation to the | Air transportation, meals, and lodging |
| 8. | | | | University community; met with 38 McConnell Scholars | |
| 9. | University of Cambridge | 5/6-9/09 | Cambridge, United Kingdom | Delivered the Sir David Williams Lecture | Air transportation, meals, and lodging |
| 10. | New England School of Law | 7/13-23/09 | Galway, Ireland | Taught course on the Supreme Court | Air transportation, meals, and lodging |
| 11. | University of Michigan | 9/10-12/09 | Ann Arbor, Michigan | Met with students in law school classes; "Conversation with the Chief Justice" | Air transportation, meals, and lodging |
| 12. | | | | presentation to the law school community; met with Federal judges | |
| 13. | Stanford Law School | 10/22-24/09 | Stanford, California | Attended formal dedication of Brest Hall; met with students in law school classes; | Air transportation, meals, and lodging |
| 14. | | | | attended dedication of William H. Rehnquist Courtyard | |
| 15. | University of Oklahoma | 11/16-18/09 | Norman, Oklahoma | Met with students in law school classes; delivered Henry Family Centennial Lecture | Air transportation, meals, and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Washington National Opera | Two tickets to Dinner and Opera Ball, June 5, 2009 | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Time Warner (TWX) | C | Dividend | M | T | | | | | |
| 2.  Dell (Common) | | None | L | T | | | | | |
| 3.  Freddie Mac (Common) | | None | J | T | | | | | |
| 4.  Hewlett-Packard (Common) | A | Dividend | L | T | | | | | |
| 5.  Hillenbrand (Common) | A | Dividend | J | T | | | | | |
| 6.  Hill-Rom Holdings, Inc. | A | Dividend | J | T | | | | | |
| 7.  Intel (Common) | B | Dividend | L | T | | | | | |
| 8.  Microsoft (Common) | C | Dividend | M | T | | | | | |
| 9.  Nokia (Common) | | None | K | T | | | | | |
| 10.  Novellus (Common) | | None | J | T | | | | | |
| 11.  Pfizer (Common) | A | Dividend | J | T | | | | | |
| 12.  Texas Instruments (Common) | B | Dividend | L | T | | | | | |
| 13.  TMO (Common) | | None | L | T | | | | | |
| 14.  Sirius XM Radio (Common) | | None | K | T | | | | | |
| 15.  Washington REIT | B | Dividend | K | T | | | | | |
| 16.  Am Cent Gr Fund | A | Dividend | J | T | | | | | |
| 17.  Davis Ser Real Est Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Contrafund Fund | A | Dividend | L | T | | | | | |
| 19. NB Kaminsky II | | None | J | T | | | | | |
| 20. Fidelity Low Priced Stock Fund | A | Dividend | N | T | Sold (part) | 09/25/09 | L | D | |
| 21. Spartan 500 Index (formerly Spartan U.S. Equity Index) | C | Dividend | N | T | | | | | |
| 22. Fidelity Growth Company | A | Dividend | M | T | | | | | |
| 23. Fidelity Overseas Fund | B | Dividend | L | T | | | | | |
| 24. Fidelity Select Energy Fund | B | Dividend | K | T | | | | | |
| 25. Fidelity Managed Income Portfolio (no control) | A | Dividend | L | T | Buy (add'l) | 09/25/09 | K | | |
| 26. Fidelity Retirement Money Market | A | Dividend | L | T | Buy (add'l) | 09/25/09 | K | | |
| 27. Franklin Mut Beac Z Fund | A | Dividend | J | T | | | | | |
| 28. Franklin Mut Disc Z Fund | A | Dividend | J | T | | | | | |
| 29. Janus Ent Fund | | None | K | T | | | | | |
| 30. Janus Fund | A | Dividend | J | T | | | | | |
| 31. Janus WW Fund | A | Dividend | K | T | | | | | |
| 32. Blackrock Int'l | B | Dividend | L | T | | | | | |
| 33. Lord Abbett Dev Gr Fund | | None | K | T | | | | | |
| 34. Putnam New Opp Fund | | None | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                        P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal      R =Cost (Real Estate Only)   S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Putnam Voyager Fund | | None | J | T | | | | | |
| 36. Seligman Common A Fund | | None | K | T | | | | | |
| 37. Torray Fund | A | Dividend | M | T | | | | | |
| 38. TR Price Euro Stock Fund | A | Dividend | J | T | | | | | |
| 39. TR Price SCi & Tech Fund | | None | J | T | | | | | |
| 40. Vanguard Int'l Gr Fund | B | Dividend | M | T | | | | | |
| 41. Vanguard Sm Cap Index Fund | A | Dividend | L | T | | | | | |
| 42. Ing Em Countries A Fund | | None | K | T | | | | | |
| 43. MTB Money Mkt account | A | Dividend | L | T | | | | | |
| 44. CMA Money Fund | B | Dividend | L | T | | | | | |
| 45. C. Schwab Money Mkt Fund | A | Interest | J | T | | | | | |
| 46. C. Schwab Muni M. Fund | A | Dividend | K | T | | | | | |
| 47. Wachovia, A Wells Fargo Company, account | A | Interest | J | T | | | | | |
| 48. Chevy Chase Bank, A Division of Capital One, Inc., accounts | A | Interest | L | T | | | | | |
| 49. 1/8 interest in Cottage, Knocklong, County Limerick, Ireland | A | Rent | J | W | | | | | |
| 50. TR Price Prime Res Fund | A | Dividend | J | T | | | | | |
| 51. Blackrock S&P | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Midcap SPDR Tr Series 1 | B | Dividend | L | T | | | | | |
| 53. Allied Capital (Common) | | None | J | T | | | | | |
| 54. Utah Educ. Svgs Plans (no control) | B | Dividend | M | T | | | | | |
| 55. Pillsbury Winthrop Ret. Plan Fid.Mgd.Inc.Part II (bond fund) | A | Dividend | K | T | | | | | |
| 56. Allegis Group Ret. Plan (no control) | A | Dividend | J | T | | | | | |
| 57. Time Warner Cable | | None | K | T | Spinoff (from line 1) | 12/09/09 | K | | |
| 58. AOL | | None | J | T | Spinoff (from line 1) | 12/09/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544